

| | | |
|---|---|---|
| Stevan H. LaBonte<br>Christine M. Staiano<br>Scott H. Mandel<br>Samantha Stanciu | 333 Jericho Turnpike, Suite 200<br>Jericho, New York 11753<br>T: 516-280-8580  •  F: 631-794-2434<br>www.LaBonteLawGroup.com | *of Counsel:*<br>Michael R. Freeda<br>John G. Gentile<br>Lee A. Schwartz<br>Richard D. Simon |

October 29, 2020

**Via ECF**
**Magistrate Judge**
**Hon. Sarah L. Cave**
**United States District Court**
**Southern District New York**
**40 Foley Square**
**New York, NY 10007**

Re:   AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL v. HOWARD BRAUNSTEIN, MARTIN BRAUNSTEIN, and M & M AUTO GROUP, INC.; CIVIL ACTION NO. 20-cv-2923

Dear Magistrate Judge Hon. Sarah L. Cave:

This firm represents defendants Howard Braunstein, Martin Braunstein, and M & M Auto Group, Inc. ("Defendants"). With the consent of Plaintiff's counsel, the parties are happy to report that this matter has been resolved, with a fully executed settlement agreement. The parties are waiting for payment to clear the bank, which is expected to occur on Monday. The parties will file a stipulation of dismissal immediately thereafter.

The parties therefore respectfully request a final adjournment of Defendants' time to answer the Complaint to Wednesday morning at 12:00 to allow payment to clear in advance of this Court's telephonic hearing currently scheduled for Wednesday, November 4, 2020 at 2:00 pm.

The Parties thank the Court for its continued courtesy and consideration during these difficult times.

Respectfully submitted,

LaBONTE LAW GROUP, PLLC

BY:  /s/ Scott H. Mandel
Scott H. Mandel

---

Defendants' Letter-Motion for an extension of time to file their answer (ECF No. 23) is TERMINATED as moot, because Defendants thereafter filed an answer (ECF No. 24).  The parties shall file either a Stipulation of Dismissal for review and approval by The Honorable John P. Cronan or a Joint Status Letter by **Tuesday, November 2, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 23.

SO-ORDERED 10/30/20

*SARAH L. CAVE*
United States Magistrate Judge