UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL,

                    Plaintiff,

-v-

HOWARD BRAUNSTEIN, MARTIN BRAUNSTEIN, and M & M AUTO GROUP, INC.,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 2923 (JPC) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' filing of a Proposed Stipulation and Order for Dismissal with Prejudice (ECF No. 26), the Telephone Conference scheduled for today, November 4, 2020 at 2:00 pm (see ECF No. 22) is adjourned sine die.

Dated:      New York, New York
              November 4, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**